UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06 7890 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Joann Cowan,<br>                Plaintiff,<br>vs.<br>Pfizer, Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JOANN COWAN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated this 13th day of February, 2009.

_____
J. FRANKLIN LONG
Counsel for Plaintiff, Joann Cowan
Law Offices of J. Franklin Long
727 Bland Street
Bluefield, WV 24701
(304) 327-5544 Phone
(304) 325-8854 Facsimile
joe@jfranklinlong.com E-mail Address

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Dated this ___14th___ day of _____May_____, 2009.

DLA PIPER (US) LLP

By: _____
MICHELLE W. SADOWSKY
Attorneys for Defendants
DLA Piper (US) LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 783-3755 Phone
(212) 783-3785 Facsimile
michelle.sadowsky@dldapiper.com E-mail Address

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated this ___19th___ day of ___May___, 2009.

_____
IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

PFZR/1035934/6190655v.1